# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143895

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                          SC: 143895
                                          COA: 305045
                                          Wayne CC: 2010-000997-FH

TIMOTHY ALAN GREENWALD,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 25, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MARILYN KELLY, J. (*dissenting*).

      I would order the trial court to conduct a hearing to assess defendant's ability to pay the fines and fees imposed on him under MCL 771.3, MCL 769.1k, and MCL 600.4803(1). Defendant is entitled to such a hearing under *People v Music*[1] and *People v Jackson*.[2] Ordering the hearing would secure defendant's ability to present a manifest-hardship defense under MCL 771.3(6)(b) to the enforcement of the costs and fines.

---

[1] *People v Music*, 428 Mich 356, 362 (1987).

[2] *People v Jackson*, 483 Mich 271, 292-293 (2009).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 20, 2012

                                              Clerk

d0417